| U.S. Department of Justice<br>Washington, D.C.<br>08/05/2013/mtl | Criminal Docket |
|---|---|

McALLEN Division     CR. No. **M- 13- 1154**    M-13-1358-M

**RANDY CRANE**

**INDICTMENT** Filed: August 7, 2013    Judge: _____

County: Hidalgo

Lions #: **2013R21789**

UNITED STATES OF AMERICA

Attorneys:

KENNETH MAGIDSON, U.S. ATTORNEY

v.

ANIBAL J. ALANIZ, ASST. U.S. ATTORNEY

JACORY OBRIEN GREATHOUSE    Cts. 1 & 2    David Acosta, Aptd (956) 627-4051

Custody: 07/29/2013

Charge(s):

Ct. 1: Conspiracy to possess with intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

Ct. 2: Possession with intent to distribute 100 kilograms or more, that is, approximately 332 kilograms of a mixture or substance containing a detectable amount of marijuana.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Total Counts
**(2)**

Penalty:

Cts. 1 & 2: Imprisonment for 5 yrs. to 40 yrs. and/or a $5,000,000.00 fine and at least a 4 yr. SRT. (as to each count)

Agency: Department of Public Safety – Jorge Lopez – X3D4-130030

**Proceedings**

Date